UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ACKNOWLEDGED. Case is dismissed with prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 6/09/2025

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2570 |
| | JUDGE RICHARD L. YOUNG |
| | Magistrate Judge Tim A. Baker |
| This document relates to: JAMES W. LAWS Civil Action No.: 1:20-cv-1730 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff James W. Laws and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, through their undersigned counsel, that the above-captioned action be voluntarily dismissed with prejudice. Each side will bear its own costs.

Date: June 5, 2025

*Attorneys for Plaintiff*

/s/ *Christopher R. LoPalo*
Christopher LoPalo, Esq.
NS PR Law Services
1302 Ponce de León Avenue,
Santurce, Puerto Rico 00907
(212) 397-1000
clopalo@nsprlaw.com

/s/ *Bobby Saadian*
Bobby Saadian
WILSHIRE LAW FIRM
12th Floor,
Los Angeles, CA 90010
(213) 381-9988
masstorts@wilshirelawfirm.com

*Defendants Cook Incorporated,
Cook Medical LLC f/k/a Cook Medical
Incorporated, Cook Group Incorporated, and
William Cook Europe ApS*

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
Faegre Drinker, Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Jessica.Cox@faegredrinker.com
Andrea.Pierson@faegredrinker.com

James Stephen Bennett
Faegre Drinker, Biddle & Reath LLP